**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 01-50539
Summary Calendar
_____

CARLOS SEGURA; JUAN A. GARCIA,

Plaintiffs-Appellants,

versus

TEXAS DEPARTMENT OF HUMAN SERVICES; MICHAEL MASON; DEBORAH
BILLA; GENEVIEVE MANLEY; CYNTHIA J. HAHN; TIMOTHY REZNICEK;
PHILIP V. JONES; JAMES DOE, One; JAMES DOE, Two; DELORES
TORRES; J. M. LINDSEY, in his individual and official
capacity; KAREN B. LINDSEY, Individual and official capacity,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
(No. 00-CV-229)
_____
April 24, 2002

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Having reviewed the parties' briefs in light of the record
excerpts and applicable authorities, we affirm for essentially the
same reasons contained in the magistrate judge's report, as
approved by the district court.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.